ANNA SHAPIRO et al., Respondents, *v.* BARNET GOLDBERG,
Appellant.

APPEAL from a judgment in favor of plaintiffs, rendered in the
Municipal Court of the city of New York, seventh district, borough
of Manhattan.

Leon Burkes, for appellant.

L. Levene, for respondents.

*Per Curiam.* The marshal's return completely ignores the re-
quirements of sections 1321 and 1326 of the Consolidation Act.

The mere mailing of the summons and attachment is ineffectual
without posting copies of the same on the door of defendant's resi-
dence; and where such service is made the return must recite the
reasons for not making personal service. The summons not having
been properly served the court never acquired jurisdiction, and
the judgment must be reversed.

Present: BEEKMAN, P. J., GIEGERICH and O'GORMAN, JJ.

Judgment reversed, with costs.

---

HATTIE HOWELL, an Infant, etc., Respondent, *v.* THE WRIGHT
DAIRY Co., Appellant.

APPEAL from a judgment in favor of plaintiff, rendered in the
Municipal Court of the city of New York, tenth district, borough
of Manhattan.

L. Hess, for appellant.

M. Meyer, for respondent.

*Per Curiam.* The record does not show that the defendant is
a domestic corporation, having its principal place of business within
the city of New York, nor is there any evidence whatsoever tending
to show jurisdiction over the defendant. This is fatal to the judg-
ment. Tyroler v. Gummersbach, 28 Misc. Rep. 151. The objec-
tion was taken for the first time on this appeal. While this may
be done, the court, in reversing the judgment and ordering a new

trial, will do so under these circumstances, without awarding costs. Willis v. Parker, 30 Misc. Rep. 750.

Present: BEEKMAN, P. J., GIEGERICH and O'GORMAN, JJ.

Judgment reversed and new trial ordered, without costs.